# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CHECCHIA,<br><br>    Plaintiff,<br><br>    *v.*<br><br>SOLO FUNDS, INC.,<br><br>    Defendant. | CIVIL ACTION<br><br>NO. 23-cv-444-KSM |

## ORDER

**AND NOW**, this 7th day of June, 2023, upon consideration of Defendant's Motion to Compel Arbitration (Doc. No. 8), Plaintiff's opposition brief (Doc. No. 12), Defendant's reply (Doc. No. 13), and Plaintiff's sur-reply (Doc. No. 14), following oral argument, and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the motion is **DENIED**.

**IT IS SO ORDERED.**

                                                **/s/ Karen Spencer Marston**
                                                _____
                                                KAREN SPENCER MARSTON, J.