IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| STEVEN CHECCHIA, <br><br> Plaintiff, <br><br> v. <br><br> SOLO FUNDS, INC., <br><br> Defendant. | CIVIL ACTION <br><br> NO. 23-444-KSM |

**ORDER**

**AND NOW**, this 21st day of March, 2025, upon consideration of Defendant SoLo Funds, Inc.'s Motion to Compel Arbitration (Doc. No. 40), Plaintiff Steven Checchia's opposition brief (Doc. No. 41), and Defendant's reply brief (Doc. No. 42), it is **ORDERED** that:

1. The motion is **GRANTED**, and arbitration shall proceed in the manner provided for in the parties' agreement.

2. The Clerk of Court shall **STAY** this matter pending the conclusion of arbitration proceedings.

3. The parties shall submit a **JOINT REPORT** to the Court within **seven days** of the completion of arbitration proceedings.

**IT IS SO ORDERED.**

/s/*Karen Spencer Marston*
_____
**KAREN SPENCER MARSTON, J.**